1   AARON J. MOSS (SBN 190625)
    amoss@greenbergglusker.com
2   NANCY C. MORGAN (SBN 205430)
    nmorgan@greenbergglusker.com
3   GREENBERG GLUSKER FIELDS CLAMAN &
    MACHTINGER LLP
4   1900 Avenue of the Stars, 21st Floor
    Los Angeles, California 90067-4590
5   Telephone: 310.553.3610
    Fax: 310.553.0687
6
    Attorneys for Plaintiff Leg Avenue, Inc.
7



8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10          CV12-10510 MWF(PZx)

11   LEG AVENUE, INC.,                 Case No.

12              Plaintiff,             **COMPLAINT FOR:**

13   v.                                **(1) COPYRIGHT INFRINGEMENT
                                        (17 U.S.C. §§ 101, 501 et seq.);**
14   PRIVATE ISLAND
     ENTERTAINMENT, LLC;               **(2) REGISTERED TRADEMARK
15   JONATHAN GLATT; and DOES 1-       INFRINGEMENT (15 U.S.C. § 1114);**
     10, inclusive,
16                                      **(3) FEDERAL FALSE
                Defendants.            DESIGNATION OF ORIGIN
17                                      (15 U.S.C. § 1125(a));**

18                                      **(4) UNFAIR, UNLAWFUL, OR
                                        FRAUDULENT TRADE
19                                      PRACTICES (Cal. Bus. & Prof. Code
                                        §§ 17200, et seq.);**
20
                                        **(5) FALSE ADVERTISING (Cal.
21                                      Bus. & Prof. Code § 17500);**

22                                      **(6) CALIFORNIA COMMON LAW
                                        TRADEMARK
23                                      INFRINGEMENT/UNFAIR
                                        COMPETITION**
24

25                                      **DEMAND FOR JURY TRIAL**

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Plaintiff Leg Avenue, Inc. ("Plaintiff" or "Leg Avenue") hereby alleges:

## NATURE OF ACTION

1.     Plaintiff is a manufacturer and wholesaler of hosiery, lingerie and costumes.  In violation of copyright, trademark, false advertising and unfair competition law, Defendants have used Plaintiff's intellectual property to advertise and sell Defendants' own products.  Specifically, Defendants have: (a) used and continue to use Plaintiff's copyrighted images of its products without permission; (b) held themselves out to be a vendor of genuine "Leg Avenue" goods, when in fact, they are selling cheap imitations of Leg Avenue goods; (c) offered to sell and sold Leg Avenue goods as Private Island goods; (d) advertised their own products using Plaintiff's "Leg Avenue" trademark and/or Plaintiff's copyrighted photographs of the genuine Leg Avenue product; (e) sold Leg Avenue products in unbranded packaging; and (f) removed the holographic seal from Leg Avenue products.  Defendants' actions give rise to claims for copyright infringement, registered trademark infringement, false advertising/false designation of origin, state and federal unfair competition and common law trademark infringement.

## THE PARTIES

2.     Plaintiff is a California corporation residing in Los Angeles County.

3.     On information and belief, Defendant Private Island, LLC ("Private Island") is a New York limited liability company with corporate offices at 19 West 21st Street, Suite 601, New York, NY 10010 and a warehouse in Wurtsburo, Sullivan County, State of New York.

4.     On information and belief, Defendant Jonathan Glatt is an individual, a resident of New York State, and the sole member and president of Private Island.

5.     The true names and capacities of Defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiff at this time.  Plaintiff is informed and believes and, on that basis alleges, that each of the Defendants named as a Doe defendant was an agent, servant, co-owner and/or employee of each of the other

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   named Defendants and, at all times herein, acted within the course and scope of

2   their agency and/or employment with the authority, express direction, knowledge,

3   and consent of the named Defendants.  Plaintiff will amend this Complaint when

4   the identities of the Doe Defendants become known.

5        6.   Plaintiff is informed and believes and, on that basis alleges, that with

6   regard to the facts alleged, and at all times relevant, each of the Defendants,

7   whether Doe defendant or otherwise, acted within a common plan and contributed

8   to the injuries suffered by the Plaintiff as hereinafter alleged.  Each Defendant is

9   believed to be the agent, employee, principal, representative or alter ego of one or

10  more Defendants and acted with the other Defendants' knowledge, consent, and

11  approval, and within the course of and scope of their agency or representative

12  capacity.  Accordingly, each Defendant is responsible for the actions of the other

13  Defendants as averred herein.

## VENUE AND JURISDICTION

     7.   This action arises out of the Copyright Act, codified at 17 U.S.C. § 101
*et seq.*, and Lanham Act, codified at 15 U.S.C. 1051 *et seq.*, thus this Court has
original jurisdiction under these statutes pursuant to 28 U.S.C. §§ 1338(a) and (b).
This Court has supplemental jurisdiction over the state law claims pursuant to 28
U.S.C. §§ 1338(a) and (b) and 28 U.S.C. § 1367(a).

     8.   Venue is proper under 28 U.S.C. §§ 1391(b) in that the claims herein,
or a substantial part of the events that give rise to the claims herein, arose in this
judicial district.  Defendants sell and ship products, including the ones at issue in
this lawsuit, to purchasers located in this judicial district.

## PLAINTIFF'S PRODUCTS

     9.   Plaintiff is engaged in the development, manufacture, distribution, sale
and marketing of apparel and accessory products, including, but not limited to, the
products at issue in this lawsuit.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

10.     In 1984, the Leg Avenue brand began as a family-owned business located in Los Angeles' downtown fashion district, where its founding members sold originally-designed stockings.  Though hard work and innovation, the business grew quickly and evolved into selling hosiery and lingerie.  In 1999, the family formed Leg Avenue, Inc. to bring additional product concepts to life.

11.     Plaintiff has become one of the world's largest intimate apparel wholesalers with lingerie and hosiery lines.  By itself, Plaintiff's hosiery line consists of more than 500 products, including petticoats, thigh-highs and garter belts.  In addition, Plaintiff also designs, manufactures and sells shoes and accessories.  Plaintiff's products have been worn by many celebrities, including pop star Katy Perry and Oscar-nominated actress Helena Bonham Carter, who wore Plaintiff's hose in the 2010 hit motion picture, *Alice in Wonderland.*

12.     Plaintiff branched out into the costume industry with fun designs that blend fantasy and fashion for men, women, children and pets.  450 designs later, Plaintiff's costumes are sold at hundreds of specialty stores and large chain stores throughout the United States.  As part of its costume collection, Plaintiff has also acquired coveted costume licenses, such as those for the National Basketball Association, beloved characters such as Alvin and the Chipmunks, and the celebrated motion pictures *Grease, Flashdance* and *Top Gun.*

13.     Plaintiff markets and sells its products to retailers via product catalogs, showrooms, trade shows, Plaintiff's own Internet website www.legavenue.com, and a network of more than a dozen employed sales representatives exclusively devoted to the brand.  Consumers purchase Plaintiff's products through brick and mortar retail chains such as Party City, Halloween City and Spirit Stores and online retailers such as www.amazon.com, halloweenexpress.com and lingeriediva.com.

## PLAINTIFF'S INTELLECTUAL PROPERTY

14.     Plaintiff has common law trademark rights in the mark "LEG AVENUE" which is an inherently distinctive mark which, in addition, also has

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   achieved secondary meaning as a result of its extensive commercial use by Plaintiff

2   since at least as early 1994. "LEG AVENUE" functions as an identifier of source

3   and origin.

4          15.    In addition, Plaintiff owns federal trademark registrations, including:

5          (a)    LEG AVENUE (Reg. No. 3343763), registered November 27,

6   2007, the word mark LEG AVENUE and a stylized design, for Halloween and

7   party costumes. A copy of the electronic record of this registration obtained from

8   the Trademark Electronic Search Systems (TESS) is attached hereto as **Exhibit 1**.

9          (b)    ENCHANTED COSTUMES BY LEG AVENUE (Reg. no.

10  3700295), a standard character mark, registered May 5, 2009, for Halloween and

11  masquerade costumes. A copy of the electronic record of this registration obtained

12  from the Trademark Electronic Search Systems (TESS) is attached hereto as

13  **Exhibit 2**.

14         (c)    ENCHANTED COSTUMES BY LEG AVENUE (Reg. no.

15  3700286), a word mark in stylized form, registered May 5, 2009, for Halloween and

16  masquerade costumes. A copy of the electronic record of this registration obtained

17  from the Trademark Electronic Search Systems (TESS) is attached hereto as

18  **Exhibit 3**.

19         16.    Plaintiff is, or at all relevant times was, the owner of the following

20  copyright registrations:

21         (a)    Registration number TX-6-189-768, registered on May 10, 2005,

22  for the catalog: "Leg Avenue 2005 Catalog." A copy of the registration certificate

23  issued by the United States Copyright Office is attached hereto as **Exhibit 4**.

24         (b)    Registration number VA-1-728-221, registered on June 23,

25  2008, for the catalog "Leg Avenue Costume Catalog 2006." A copy of the

26  registration certificate issued by the United States Copyright Office is attached

27  hereto as **Exhibit 5.**

28         (c)    Registration number VA-1-649-925, registered on June 27,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    2008, for the catalog "Leg Avenue Costumes Catalog 2007." A copy of the

2    registration certificate issued by the United States Copyright Office is attached

3    hereto as **Exhibit 6**.

4              (d)      Registration number VA-1-653-437, registered on July 3, 2008,

5    for the catalog "Leg Avenue Costume Catalog 2008." A copy of the registration

6    certificate issued by the United States Copyright Office is attached hereto as

7    **Exhibit 7**.

8              (e)      Registration number VA-1-660-994, registered on January 27,

9    2009, for the catalog "Leg Avenue Costume Catalog 2009." A copy of the

10   registration certificate issued by the United States Copyright Office is attached

11   hereto as **Exhibit 8**.

12             (f)      Registration number VA-1-762-043, registered on February 2,

13   2010, for the catalog "Leg Avenue Costume Catalog 2010." A copy of the

14   registration certificate issued by the United States Copyright Office is attached

15   hereto as **Exhibit 9**.

16             (g)      Registration number VA-1-766-538, registered on February 14,

17   2011, for the catalog "Leg Avenue Costume Catalog 2011." A copy of the

18   registration certificate issued by the United States Copyright Office is attached

19   hereto as **Exhibit 10**.

20             (h)      Registration number VA-1-662-075, registered on December 18,

21   2008, for the catalog "Leg Avenue Hosiery Catalog 2009." A copy of the

22   registration certificate issued by the United States Copyright Office is attached

23   hereto as **Exhibit 11**.

24             (i)      Registration number VA-1-738-756, registered on December 7,

25   2009, for the catalog "Leg Avenue Hosiery Catalog 2010." A copy of the

26   registration certificate issued by the United States Copyright Office is attached

27   hereto as **Exhibit 12**.

28                           **DEFENDANTS' WRONGFUL CONDUCT**

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

17.    On information and belief: Defendants have misused Plaintiff's trademarks and copyrights and have committed infringement and unfair competition, by creating a likelihood of confusion as to source, origin, endorsement, or affiliation.

18.    On information and belief: Defendants operate or have operated certain websites, including "www.privateislandparty.com," through which they offer to sell numerous products, including costumes, hosiery and lingerie. Defendants also have offered to sell and sold their products through online retailers such as www.amazon.com.

19.    On information and belief: Defendants have advertised their own products as LEG AVENUE products and used Plaintiff's copyrighted images of Plaintiff's products or substantially similar images in advertisements for Defendants' own products.  In reliance on these advertisements, consumers have purchased what they believed to be genuine Leg Avenue goods.  Instead, consumers received Defendants' products, which are in fact inferior knock-offs of Plaintiff's products.  Showing consumers text and images that Defendants have lifted straight from Plaintiff misleads consumers into thinking that they are getting the same product.  In short, a major part of Defendants' business consists of luring in unsuspecting consumers by advertising with Plaintiff's images, when Defendants in fact then proceed to sell or to ship those customers something else: Defendants' own product.

20.    On or about October 18, 2012, Plaintiff received word that Defendants were advertising products as LEG AVENUE products.  Specifically, one of Plaintiff's customers informed Plaintiff that it had purchased a petticoat that was advertised as a "LEG AVENUE" product.  The advertisement used the same style number as the genuine LEG AVENUE product (no. 8990) and an image that was the same or substantially similar to the copyrighted photograph of item no.8990 featured in Plaintiff's 2011 product catalog.  The customer made the purchase off

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   the website www.amazon.com; "Private Island" was the shipper and seller of the

2   item. The product that Plaintiff's customer received was not in fact style no. 8990

3   and not a LEG AVENUE product at all, but a "Private Island" branded knock-off of

4   Plaintiff's petticoat.

5       21.   On or about October 25, 2012, Plaintiff became aware that

6   www.amazon.com featured another advertisement for a black LEG AVENUE

7   petticoat (item no. 8990) and an image that was the same or substantially similar to

8   the copyrighted photograph of item no. 8990 featured in Plaintiff's 2011 product

9   catalog; the advertisement noted that the petticoat "ships from and [is] sold by

10   Private Island." Plaintiff purchased the product and received it on or about October

11   30, 2012. The return label on the mailing envelope showed that the item had been

12   sent from "Private Island, 148 South Road, Wurtsboro, NY 12790-7435". The

13   product that Private Island sold and shipped in response to the order, however, was

14   not in fact style no. 8990 and not a LEG AVENUE product at all, but a "Private

15   Island" branded knock-off, lacking the manufacturer's information and an RN

16   number, which a genuine Leg Avenue product would have. The Private Island

17   product is also inferior to the genuine LEG AVENUE product in both presentation

18   and quality. Plaintiff reported this to Amazon.com, which in turn removed Private

19   Island as a seller of LEG AVENUE products.

20       22.   On information and belief, as a result of the above conduct, consumers

21   are being deceived and are making purchases from Defendants thinking that they

22   have purchased the authentic product of Plaintiff when in fact Defendants are

23   selling them unauthorized lower quality product.

24       23.   On information and belief, Defendants have used and are using,

25   without permission, numerous copyrighted photographs (covered by the

26   aforementioned registration numbers) bearing images of Plaintiff's products on

27   Defendants' website, www.privateislandparty.com.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

24.   On information and belief: Defendants further have sold genuine Leg Avenue products without attribution to Plaintiff.  Rather, Defendants have palmed off the genuine LEG AVENUE goods as Private Island goods.  Defendants have removed the genuine LEG AVENUE packaging and replaced it with unbranded inferior packaging.  Defendants' packaging does not contain warning labels, care instructions, indicia of product origin, fabric used, manufacturer name and contact information and Plaintiff's holographic seal.

25.   On information and belief: Defendants have at all times known that they were misusing Plaintiff's intellectual property.

26.   On or about November 8, 2012, Plaintiff's counsel observed that Defendants were advertising products under for sale on the website www.privateislandentertainment.com using Plaintiff's copyrighted images of its own products.  These advertisements did not use the LEG AVENUE trademarks or indicate that any of the products had been made by Plaintiff.

27.   Plaintiff's counsel purchased several products, which arrived on or about November 16, 2012.  Of these products, one item was a genuine LEG AVENUE product in what appeared to be the original packaging.  A second item was an inferior knock-off of Plaintiff's product in packaging that bore the "Private Island" name and logo and a photograph different than the one in the advertisement.  Three other items were LEG AVENUE products that bore the interior LEG AVENUE labels but with inferior unbranded packaging that did not have warning labels, care instructions, product origin, indicia of fabric used, manufacturer name and contact info or Plaintiff's holographic seal.

28.   On information and belief: Defendants' willful actions are intended to capitalize on the goodwill established by Plaintiff through its design, development, promotion, marketing and advertising of its distinctive products.  These actions have caused and are causing confusion among those in the industry and with end users, many of whom believe that Defendants' product originates with, is sponsored

1   by or is otherwise associated with Plaintiff.  Unless Defendants are preliminarily

2   and permanently enjoined, consumers will continue to be confused about the

3   identities of the two products, and Plaintiff will suffer irreparable injury for which

4   there is no adequate remedy at law.

## COUNT I

### Copyright Infringement

### (17 U.S.C. §§ 101, 501 *et seq.*)

### (Against all Defendants)

9       29.   Plaintiff incorporates by this reference paragraphs 1 through 28 above,

10  inclusive, as if fully set forth herein.

11      Plaintiff is or has been at all relevant times the owner of the following

12  copyright registrations: no. TX-6-189-768, registered on May10, 2005; no. VA-1-

13  728-221, registered on June 23, 2008; no. VA-1-649-925, registered on June 27,

14  2008; no. VA-1-653-437, registered on July 3, 2008; no. VA-1-660-994, registered

15  on January 27, 2009; no. VA-1-762-043, registered on February 2, 2010; and

16  no.VA-1-766-538, registered on February 14, 2011; no. VA-1-662-075, registered

17  on December 18, 2008; no. VA-1-738-756, registered on December 7, 2009;

18  (collectively or individually, the "Registered Copyrights.")

19      30.   Without permission from Plaintiff, Defendants have placed and

20  published on their website photographs from Plaintiff's copyrighted materials on

21  Defendants' website and on information and belief, those of retailers, in violation of

22  the Copyright Act, 17 U.S.C. § 101, *et seq.*, including, but not limited to, 17 U.S.C.

23  § 106.

24      31.   Defendants' acts alleged herein, including, but not limited to, their acts

25  relating to Plaintiff's copyrights, and each of them, constitute copyright

26  infringement in violation of 17 U.S.C. § 501, *et seq.*  As alleged herein, in

27  commerce, Defendants have made or distributed unauthorized copies and

28  reproductions of, and have publicly displayed those unauthorized copies and

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   reproductions of, text, images and photographs that are protected by the Registered

2   Copyrights.  Said unauthorized copies and reproductions have included, but have

3   not been limited to, copies and reproductions of: Plaintiff's photographs and images

4   of its costumes, hosiery and accessories.

5         32.    On information and belief: Defendants' acts of copyright infringement

6   are direct and/or contributory and/or vicarious and/or inducing.  Defendants

7   substantially participated in the acts infringing Plaintiff's copyrights, having

8   induced, encouraged, caused, assisted with and materially contributed to the

9   infringement.  Defendants were aware of any direct infringement and had the right

10  and ability to supervise and did supervise the infringing activities, but declined to

11  exercise their right to stop or limit them because of a financial interest in the

12  outcome thereof.  Defendants did so with full knowledge of both the infringing acts

13  and that such acts infringed the Registered Copyrights.

14        33.    Defendants have profited and otherwise wrongfully benefited from

15  their infringement.  In addition, on information and belief, Defendants' copying and

16  reproduction of materials protected by Plaintiff's copyrights and their display and

17  distribution of same on the websites have impaired the distinctiveness of Plaintiff's

18  copyrighted materials, have eroded customer identification of said materials as

19  Plaintiff's exclusive property, and have caused customer confusion, all resulting in

20  actual damages and lost profits to Plaintiff, as well as wrongful gains and benefits

21  to Defendants.

22        34.    On information and belief, Defendants' copyright infringement has

23  been and is willful.

24        35.    As a result of Defendants' acts of copyright infringement, Plaintiff has

25  suffered damages in an amount subject to proof at trial.  Defendants' copyright

26  infringement as alleged herein entitles Plaintiff to recover actual damages, and the

27  disgorgement of all wrongful profits and other gains derived by Defendants from

28  their conduct, according to proof at trial.  In the alternative, Plaintiff is entitled to

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   statutory damages and to recover up to $150,000 per infringed copyright for the

2   willful infringement and such other relief as may be allowed under 17 U.S.C. §

3   504(a).

4       36.    As a direct and proximate consequence of Defendants' acts alleged

5   herein, Defendants, and each of them, have caused, are causing, and, unless such

6   acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff

7   for which there is no adequate remedy at law, and for which Plaintiffs are entitled

8   to preliminary and permanent injunctive relief restraining Defendants, and each of

9   them, and all of their agents, officers, employees, affiliates, licensees, assigns,

10  representatives, and distributors, and all persons acting in concert with any of them,

11  from engaging in any further such acts.  Plaintiff is entitled to injunctive and

12  equitable relief as may be appropriate under the circumstances to protect Plaintiff's

13  rights, to avoid unfairness, to prevent further infringement, and to allow provisional

14  relief to seize the infringing product at issue and to preserve Defendants' assets and

15  to assist Plaintiff in its ultimate recovery against Defendants.

16      37.    Plaintiff is entitled to an accounting, and is entitled to recover

17  prejudgment interest, attorneys' fees, costs, and any and all other relief the Court

18  deems appropriate.

19                          **COUNT II**

20              **(Registered Trademark Infringement)**

21                      **(15 U.S.C. § 1114)**

22                  **(Against all Defendants)**

23      38.    Plaintiff hereby incorporates by reference and realleges Paragraphs 1-

24  37, above, as if fully set forth herein.

25      39.    Plaintiff owns, or controls all rights to the federally registered LEG

26  AVENUE trademarks cited herein above (collectively or individually, the

27  "Registered Marks").

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

40.     Defendants' acts as alleged herein violate 15 U.S.C. §§ 1114, *et seq.* and constitute trademark infringement of the Registered Marks.  Defendants' acts as alleged herein have been in commerce or in connection with the sale, offering for sale, distribution, or advertising of goods.  Defendants have used the Registered Marks to sell Defendants' own products.  Additionally, "LEG AVENUE" products offered for sale and sold by Defendants have been defaced and adulterated in the manners alleged herein above, such that they are not genuine, and such that Plaintiff's legal rights under the Lanham Act have been violated.  Defendants' acts as alleged herein have created a likelihood of confusion as to source, origin, sponsorship, endorsement or affiliation.  Those acts also have caused actual confusion, mistake, or deception.

41.     Defendants have directly violated, have conspired to violate, and/or have contributorily violated 15 U.S.C. § 1114.  On information and belief, Defendants have done this intentionally, for the express purpose of trading on the consumer recognition and goodwill which has been developed in connection therewith.  On information and belief, it was Defendants' objective to create confusion as to source, origin, sponsorship, endorsement or affiliation.

42.     As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff for which there is no adequate remedy at law, and for which Plaintiff is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.

43.     As a direct and proximate consequence of Defendants' acts alleged herein, Plaintiff has been, is being, and, unless such acts and practices are enjoined, will continue to be injured in its business and in its property rights, and has

1   suffered, is suffering, and will continue to suffer significant monetary damages and

2   damages, in an amount according to proof at trial.  Plaintiff is entitled to recover

3   actual damages, treble damages, and disgorgement of all profits and other wrongful

4   gains of each Defendant.

5       44.    Plaintiff also is entitled to an accounting and to recover prejudgment

6   interest, attorneys' fees, costs, and any and all other relief the Court deems

7   appropriate.

8                                    **COUNT III**

9   **(Federal False Designation of Origin/Unfair Competition/False Advertising)**

10                              **(15 U.S.C. § 1125(a))**

11                              **(Against all Defendants)**

12      45.    Plaintiff hereby incorporates by reference and realleges Paragraphs 1-

13  44, above, as if fully set forth herein.

14      46.    Defendants' acts as alleged herein violate 15 U.S.C. §§ 1125(a), *et seq.*

15  and constitute false designation of origin, infringement of Plaintiff's common law

16  or unregistered trademarks, false advertising, misrepresentation, and unfair

17  competition.  By way of example and not limitation, such conduct includes: (a) the

18  passing off of Defendants' products as Plaintiff's products, (b) the passing off of

19  Plaintiff's products as Defendants' products, (c) the defacing, adulteration and

20  substitution of the packaging of Plaintiff's products in the manners alleged herein

21  above, such that they are not genuine and such that Plaintiff's rights under the

22  Lanham Act have been violated.

23      47.    Defendants' acts as alleged herein have been in commerce or in

24  connection with the sale, offering for sale, distribution, or advertising of goods.

25  Defendants' acts as alleged herein have created a likelihood of confusion as to

26  source, origin, sponsorship, endorsement or affiliation.  Defendants' acts as alleged

27  herein also have misrepresented the nature, characteristics, or qualities of the

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    Plaintiff products offered for sale by Defendants.  Defendants' acts as alleged

2    herein have caused actual confusion, mistake, or deception.

3          48.    On information and belief, Defendants' acts as alleged herein,

4    including, but not limited to, their acts of false designation of origin,

5    misrepresentation, and unfair competition, were committed intentionally.   On

6    information and belief, it was Defendants' objective to create confusion as to

7    source, origin, sponsorship, endorsement or affiliation, and to misrepresent the

8    nature, characteristics, or qualities of the Plaintiff products they offered for sale.

9          49.    Defendants have directly violated, have conspired to violate, and/or

10   have contributorily violated 15 U.S.C. § 1125(a).

11         50.    As a direct and proximate consequence of Defendants' acts as alleged

12   herein, Defendants, and each of them, have caused, are causing, and, unless such

13   acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff

14   for which there is no adequate remedy at law, and for which Plaintiff is entitled to

15   preliminary and permanent injunctive relief restraining Defendants, and each of

16   them, and all of their agents, officers, employees, affiliates, licensees, assigns,

17   representatives, and distributors, and all persons acting in concert with any of them,

18   from engaging in any further such acts.

19         51.    As a direct and proximate consequence of Defendants' acts alleged

20   herein, Plaintiff has been, is being, and, unless such acts and practices are enjoined,

21   will continue to be injured in its business and in its property rights, and has

22   suffered, is suffering, and will continue to suffer significant monetary damages and

23   damages, in an amount according to proof at trial.  Plaintiff is entitled to recover

24   actual damages, treble damages, and disgorgement of all profits and other wrongful

25   gains of each Defendant.

26         52.    Plaintiff also is entitled to an accounting and to recover prejudgment

27   interest, attorneys' fees, costs, and any and all other relief the Court deems

28   appropriate.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

### COUNT IV

### Unfair, Unlawful, or Fraudulent Trade Practices

### (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

### (Against All Defendants)

53.    Plaintiff incorporates by reference and realleges paragraphs 1 through 52 above, as if fully set forth herein.

54.    By Defendants' acts as alleged herein, Defendants have engaged in unfair, unlawful, or fraudulent business acts or practices in violation of California Business & Professions Code Section 17200 *et seq.*  By way of example and not limitation, Defendants' offering for sale, selling, shipping, distributing, and/or delivering of one or more LEG AVENUE products on which Plaintiff's identification marks and/or anti-diversion tracking markings had been removed, defaced, covered, altered, and/or destroyed, violate California Penal Code Section 537e and, as a result, by virtue of being unlawful, also violate California Business & Professions Code Section 17200 *et seq.*  Defendants also have misrepresented the nature, characteristics, or qualities of the products offered for sale by Defendants.

55.    Plaintiff has standing to pursue this claim under Section 17200 *et seq.*, as it has been affected by, and suffered damages as a result of, Defendants' acts.

56.    Defendants have earned wrongful profits, or have derived wrongful gains and benefits, as a result of their acts in violation of Section 17200 *et seq.*

57.    As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff for which there is no adequate remedy at law, and for which Plaintiff is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.  Plaintiff is entitled to injunctive and

1   equitable relief as may be appropriate under the circumstances to protect Plaintiff's

2   rights, to avoid unfairness, and to allow provisional relief to preserve Defendants'

3   assets and to assist Plaintiff in its ultimate recovery against Defendants.

**COUNT V**

**(False Advertising)**

**(Cal. Bus. & Prof. C. § 17500)**

**(Against All Defendants)**

8       58.    Plaintiff hereby incorporates and realleges paragraphs 1 through 57,

9   above.

10      59.    Defendants' acts alleged herein constitute false advertising in violation

11   of Cal. Bus. & Prof. C. § 17500.  As alleged herein, in commerce, or otherwise in

12   connection with the sale, offering for sale, distribution, or advertising of goods,

13   Defendants have used false or misleading descriptions or representations of fact

14   which in commercial advertising or promotion have misrepresented the nature,

15   characteristics, or qualities of Defendants' goods and Defendants' commercial

16   activities.

17      60.    As a direct and proximate consequence of Defendants' acts alleged

18   herein, Plaintiff has been, is being, and, unless such acts and practices are enjoined,

19   will continue to be injured in its business and in its property rights, and has

20   suffered, is suffering, and will continue to suffer significant monetary loss and

21   damages to its goodwill.

22      61.    On information and belief, Defendants' acts as alleged herein have

23   been committed willfully and with the knowledge that such acts will cause

24   consumer confusion and mistake and/or will deceive the consuming public.

25      62.    Defendants have directly violated, conspired to violate, and/or

26   contributorily violated California Business & Professions Code Section 17500 *et*

27   *seq.*

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

63.     As a direct and proximate consequence of Defendants' acts alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff for which there is no adequate remedy at law, and for which Plaintiff is entitled to preliminary and permanent injunctive relief pursuant to California Business and Professions Code § 17203 restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts and ordering Defendants to take remedial action.

## COUNT VI

### California Common Law Trademark Infringement/
### Unfair Competition
### (Against All Defendants)

64.     Plaintiff hereby incorporates by reference and realleges Paragraphs 1-63, above, as if fully set forth herein.

65.     Defendants' acts as alleged herein constitute infringement of Plaintiff's common law or unregistered trademarks, misrepresentation, and unfair competition under California common law. By way of example and not limitation, Defendant used the Registered Marks in the advertising of Defendants' own product(s). Plaintiff's products offered for sale and sold by Defendants have been defaced and adulterated in the manners alleged herein above, such that they are not genuine and such that Plaintiff's rights under California common law have been violated. Defendants' acts as alleged herein have been in commerce or in connection with the sale, offering for sale, distribution, or advertising of goods in such a way that affects consumers in California. Defendants' acts as alleged herein have created a likelihood of confusion as to source, origin, sponsorship, endorsement or affiliation. On information and belief, Defendants' acts as alleged herein have caused actual confusion, mistake, or deception.

66.     On information and belief, Defendants' acts as alleged herein, including, but not limited to, their acts of common law or unregistered trademark infringement, misrepresentation, and unfair competition, were committed intentionally.   On information and belief, it was Defendants' objective to create confusion as to source, origin, sponsorship, endorsement or affiliation, and to misrepresent the nature, characteristics, or qualities of the Plaintiff products they offered for sale.

67.     Defendants have directly violated, have conspired to violate, and/or have contributorily violated California common law.

68.     As a direct and proximate consequence of Defendants' acts as alleged herein, Defendants, and each of them, have caused, are causing, and, unless such acts and practices are enjoined, will continue to cause irreparable harm to Plaintiff for which there is no adequate remedy at law, and for which Plaintiff is entitled to preliminary and permanent injunctive relief restraining Defendants, and each of them, and all of their agents, officers, employees, affiliates, licensees, assigns, representatives, and distributors, and all persons acting in concert with any of them, from engaging in any further such acts.

69.     As a direct and proximate consequence of Defendants' acts alleged herein, Plaintiff has been, is being, and, unless such acts and practices are enjoined, will continue to be injured in its business and in its property rights, and has suffered, is suffering, and will continue to suffer significant monetary damages and damages, in an amount according to proof at trial.  Plaintiff is entitled to recover actual damages, treble damages, and disgorgement of all profits and other wrongful gains of each Defendant.

70.     Plaintiff also is entitled to an accounting and to recover prejudgment interest, attorneys' fees, costs, and any and all other relief the Court deems appropriate.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71.     On information and belief, Defendants have engaged in the foregoing conduct willfully and wantonly with malice, oppression, or fraud and in conscious disregard of Plaintiff's rights.  As a result, Plaintiff is entitled to an award of punitive or exemplary damages to punish Defendants and to deter others from such misconduct in the future.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendants, and each of them, as follows:

1.     For preliminary and permanent injunctive relief;

2.     For compensatory damages, according to proof;

3.     For statutory damages of $1,350,000.00 for willful copyright infringement;

4.     For disgorgement of profits and wrongful gains, according to proof;

5.     For treble damages;

6.     For punitive or exemplary damages;

7.     For statutory attorneys' fees;

8.     For an accounting;

9.     For prejudgment interest; and

10.    For attorneys' fees and costs;

11.    For any and all other relief the Court deems appropriate.

DATED:  December 7, 2012

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: _____
      NANCY C. MORGAN
Attorneys for Plaintiff Leg Avenue, Inc.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**JURY DEMAND**

Plaintiff hereby respectfully requests a trial by jury on any and all issues that are so triable.

DATED:  December 7, 2012

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
NANCY C. MORGAN
Attorneys for Plaintiff Leg Avenue, Inc.

# EXHIBIT 1

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Nov 29 05:02:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____ OR [ Jump ] to record: _____ **Record 1 out of 6**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

*Leg Avenue*

| **Word Mark** | **LEG AVENUE** |
| **Goods and Services** | IC 025. US 022 039. G & S: [ Clothing, namely anklets, babydoll lingerie, bathrobes, beachwear, bikini sets, blouses, body shapers, body stockings, body suits, boxer shorts, bras, bustiers, camisoles, chemises, collars,] Halloween [ costumes ], * and * party costumes,[ corsets, dresses, foundation garments, garters, girdles, gloves, halter tops, hosiery, hot pants, leotards, lingerie, knee highs, loungewear, negligees, night gowns, night shirts, pajamas, panties, pants, pantyhose, petticoats, sarongs, shirts, shorts, skirts, sleepwear, slips, socks, stockings, swim wear, teddies, thongs, tights, underpants, and underwear ]. FIRST USE: 19980301. FIRST USE IN COMMERCE: 19980301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 78479870 |
| **Filing Date** | September 7, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 10, 2007 |

Exhibit _1_
Page _22_

| | |
|---|---|
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3343763 |
| **Registration Date** | November 27, 2007 |
| **Owner** | (REGISTRANT) Leg Avenue, Inc. CORPORATION CALIFORNIA 19601 East Walnut Drive South City of Industry CALIFORNIA 91748 |
| **Attorney of Record** | David A. Schnider |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit _/_
Page _23_

# EXHIBIT 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: _____ OR [ Jump ] to record: _____ **Record 3 out of 6**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## ENCHANTED COSTUMES BY LEG AVENUE

| | |
|---|---|
| **Word Mark** | ENCHANTED COSTUMES BY **LEG AVENUE** |
| **Goods and Services** | IC 025. US 022 039. G & S: Halloween costumes; Masquerade costumes. FIRST USE: 20090515. FIRST USE IN COMMERCE: 20090515 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77652773 |
| **Filing Date** | January 20, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 5, 2009 |
| **Registration Number** | 3700286 |
| **Registration Date** | October 20, 2009 |
| **Owner** | (REGISTRANT) Leg Avenue, Inc. CORPORATION CALIFORNIA 19601 East Walnut Drive South City of Industry CALIFORNIA 91748 |
| **Attorney of Record** | David A. Schnider |
| **Prior Registrations** | 3343763 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COSTUMES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Exhibit *2*
Page *24*

Trademark Electronic Search System (TESS)

Page 2 of 2

**Live/Dead Indicator       LIVE**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit _2_
Page _25_

# EXHIBIT 3

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 29 05:02:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:          OR [ Jump ] to record:          **Record 2 out of 6**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ENCHANTED COSTUMES BY **LEG AVENUE** |
| **Goods and Services** | IC 025. US 022 039. G & S: Halloween costumes; Masquerade costumes. FIRST USE: 20090515. FIRST USE IN COMMERCE: 20090515 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77655676 |
| **Filing Date** | January 23, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 5, 2009 |
| **Registration Number** | 3700295 |
| **Registration Date** | October 20, 2009 |
| **Owner** | (REGISTRANT) Leg Avenue, Inc. CORPORATION CALIFORNIA 19601 East Walnut Drive South City of Industry CALIFORNIA 91748 |
| **Attorney of Record** | David A. Schnider |
| **Prior Registrations** | 3343763 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COSTUMES" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Exhibit *3*
Page *26*

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit _3_
Page _27_

11/29/2012

# EXHIBIT 4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-189-768



EFFECTIVE DATE OF REGISTRATION

MAY 10, 2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Leg Avenue - 2005 Catalog

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**

Leg Avenue, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text, Photographs and Selection and Arrangement of same.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 11   Year ▶ 2005
United States of America ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leg Avenue, Inc.
17008 Evergreen Place, Unit #A
City of Industry, CA 91754

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 10 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 10 2005
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 4
Page 28

| EXAMINED BY | JRP | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

David A. Schnider, Esq., Sedgwick, Detert, Moran & Arnold LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556

Area code and daytime telephone number ▶ (213) 426-6900          Fax number ▶ (213) 426-6921
Email ▶ david.schnider@sdma.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                                    ☐ other copyright claimant
Check only one ▶          ☐ owner of exclusive right(s)
                                    ☑ authorized agent of **Leg Avenue, Inc.**
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Amy Tsai                                    Date ▶ April 20, 2005

Handwritten signature (X) ▼

X _____ Amy Tsai _____

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ David A. Schnider, Esq., Sedgwick, Detert, Moran & Arnold LLP |
|---|---|
| | Number/Street/Apt ▼ 801 S. Figueroa St., 18th Floor |
| | City/State/ZIP ▼ Los Angeles, CA 90017-5556 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 @ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021.

Exhibit 4
Page 29

# EXHIBIT 5

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-649-925**

**Effective date of
registration:**

June 27, 2008

## Title ───────────────────────

**Title of Work:** Leg Avenue Costume Catalog 2007

## Completion/ Publication ───────────────

**Year of Completion:** 2007

**Date of 1st Publication:** February 1, 2007        **Nation of 1st Publication:** United States

## Author ────────────────────────

■     **Author:** Leg Avenue, Inc.

**Author Created:** 2-D artwork, photograph(s), text

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

## Rights and Permissions ────────────────

**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com                    **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748  United States

## Certification ──────────────────────

**Name:** David A. Schnider

**Date:** June 23, 2008

Page 1 of 1

Exhibit 5
Page 30

# EXHIBIT 6

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-728-221

**Effective date of registration:**

June 23, 2008

---

### Title ────────────────────────────────

**Title of Work:** Leg Avenue Costume Catalog 2006

### Completion/Publication ──────────────

**Year of Completion:** 2006

**Date of 1st Publication:** February 1, 2006    **Nation of 1st Publication:** United States

### Author ───────────────────────────────

■

**Author:** Leg Avenue, Inc.

**Author Created:** 2-D artwork, photograph(s), text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant ──────────────────

**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions ──────────────

**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com    **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748  United States

### Certification ────────────────────────

**Name:** David A. Schnider

**Date:** June 23, 2008

───────────────────────────────────────────

Page 1 of 1

Exhibit   6
Page  31

# EXHIBIT 7

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-653-437**

**Effective date of
registration:**

July 3, 2008

### Title ─────────────

**Title of Work:** Leg Avenue Costume Catalog 2008

### Completion/ Publication ─────

**Year of Completion:** 2008

**Date of 1st Publication:** March 1, 2008        **Nation of 1st Publication:** United States

### Author ─────────────

■        **Author:** Leg Avenue, Inc.

**Author Created:** 2-D artwork, photograph(s), text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

### Copyright claimant ──────

**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions ─────

**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com        **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748 United States

### Certification ─────────

**Name:** David A. Schnider

**Date:** July 3, 2008

Page 1 of 1

Exhibit 7
Page 32

# EXHIBIT 8

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-660-994

**Effective date of
registration:**

January 27, 2009

### Title
**Title of Work:** Leg Avenue Costumes Catalog 2009

### Completion/ Publication
**Year of Completion:** 2009

**Date of 1st Publication:** January 19, 2009      **Nation of 1st Publication:** United States

### Author
- **Author:** Leg Avenue, Inc.

  **Author Created:** 2-D artwork, photograph(s), text

  **Work made for hire:** Yes

  **Citizen of:** United States           **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions
**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com           **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748  United States

### Certification
**Name:** David A. Schnider

**Date:** January 21, 2009

Page 1 of 1

Exhibit *8*
Page *33*

# EXHIBIT 9

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

VA 1-762-043

**Effective date of
registration:**

February 2, 2010

---

**Title** ─────────────────────

Title of Work: Leg Avenue Costume Catalog 2010

**Completion/Publication** ───────

Year of Completion: 2009

Date of 1st Publication: January 6, 2010     Nation of 1st Publication: United States

**Author** ─────────────────────

■     Author: Leg Avenue, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

**Copyright claimant** ─────────────

Copyright Claimant: Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

**Rights and Permissions** ─────────

Organization Name: Leg Avenue, Inc.

Name: David A. Schnider

Email: dschnider@legavenue.com     Telephone: 626-581-1273

Address: 19601 East Walnut Drive South

City of Industry, CA 91748  United States

**Certification** ──────────────────

Name: David A. Schnider

Date: January 26, 2010

Page 1 of 1

Exhibit  9
Page  34

# EXHIBIT 10

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-766-538**

**Effective date of registration:**

February 14, 2011

---

### Title

Title of Work: Leg Avenue Costume Catalog 2011

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: January 5, 2011     Nation of 1st Publication: United States

### Author

• Author: Leg Avenue, Inc.

Author Created: text, photograph(s), 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

### Copyright claimant

Copyright Claimant: Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions

Organization Name: Leg Avenue, Inc.

Name: David A. Schnider

Email: dschnider@legavenue.com     Telephone: 626-581-1273

Address: 19601 East Walnut Drive South

City of Industry, CA 91748  United States

### Certification

Name: David A. Schnider

Date: February 7, 2011

---

Page 1 of 1

Exhibit _10_
Page _35_

# EXHIBIT 11

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-662-075**

**Effective date of registration:**

December 18, 2008

### Title

**Title of Work:** Leg Avenue Hosiery Catalog 2009

### Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 1, 2008          **Nation of 1st Publication:** United States

### Author

■ **Author:** Leg Avenue, Inc.

**Author Created:** 2-D artwork, photograph(s), text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions

**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com          **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748  United States

### Certification

**Name:** David A. Schnider

**Date:** December 12, 2008

Exhibit __11__

Page __36__

# EXHIBIT 12

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-738-756**

**Effective date of
registration:**

December 7, 2009

---

### Title
**Title of Work:** Leg Avenue Hosiery Catalog 2010

### Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** November 25, 2009   **Nation of 1st Publication:** United States

### Author
■ **Author:** Leg Avenue, Inc.

**Author Created:** text, photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Leg Avenue, Inc.

19601 East Walnut Drive South, City of Industry, CA, 91748, United States

### Rights and Permissions
**Organization Name:** Leg Avenue, Inc.

**Name:** David A. Schnider

**Email:** dschnider@legavenue.com   **Telephone:** 626-581-1273

**Address:** 19601 East Walnut Drive South

City of Industry, CA 91748  United States

### Certification
**Name:** David A. Schnider

**Date:** December 1, 2009

---

Page 1 of 1

Exhibit _12_
Page _37_